ANDREA WAGUESPACK BENGTZEN &

CANDACE NICOLE WAGAMAN

VERSUS

PATRICK J. ZERINGUE

NO. 25-C-410

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

September 26, 2025

Susan Buchholz
Chief Deputy Clerk

**IN RE** PATRICK J. ZERINGUE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT, PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEVEN C. TUREAU, DIVISION "D", NUMBER 42,813

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Timothy S. Marcel

**WRIT DENIED**

Upon review of this writ application and the memoranda and evidence contained therein, on the showing made, we affirm the decision of the trial court to overrule defendant-relator's exceptions of no right of action and prescription. See La. C.C. arts. 2030 and 2032. This writ is denied.

Gretna, Louisiana, this 26th day of September, 2025.

**TSM**
**SMC**
**FHW**

25-C-410

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/26/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

*Curtis B. Pursell*

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-410**

### E-NOTIFIED

23rd Judicial District Court (Clerk)
Honorable Steven C. Tureau (DISTRICT JUDGE)
Philip A. Franco (Respondent)

Michael J. deBarros (Relator)
Madeleine M. Simpson (Relator)
Courtney C. Miller (Respondent)
Jeffrey E. Richardson (Respondent)

### MAILED

William L. Caughman, III (Relator)
Attorney at Law
400 Convention Street
Suite 700
Baton Rouge, LA 70802

Thomas J. Kliebert, Jr. (Respondent)
Thomas J. Kliebert, III (Respondent)
Attorney at Law
Post Office Box 130
Paulina, LA 70763

Malcolm J. Dugas, Jr. (Relator)
Attorney at Law
406 Houmas Street
Donaldsonville, LA 70346

Jeffrey M. Surprenant (Respondent)
Attorney at Law
701 Poydras Street
Suite 4500
New Orleans, LA 70139